AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Jose Mannnzdini

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:05M97A

I, Jose Mannnzdini, charged in a (complaint) (petition) pending in this District with False Stmt. on a Passport Application in violation of Title 18, U.S.C., 1542, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X José Marranzini

Defendant

7-26-5

Date

[signature]

Counsel for Defendant